UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: § Case No. 11-56549-CN
§
AUSAF UMAR SIDDIQUI §
§
§
Debtor §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/13/2011. The undersigned trustee was appointed on 07/13/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $87,264.16

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $51,382.07 |
   | Bank service fees | $970.67 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $34,911.42 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/15/2012 and the deadline for filing government claims was 01/09/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,613.21. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,613.21, for a total compensation of $7,613.21[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $35.00, for total expenses of $35.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/05/2014          By: /s/ Carol W. Wu
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 11-56549-CN | Trustee Name: | Carol W. Wu |
|---|---|---|---|
| Case Name: | SIDDIQUI, AUSAF UMAR | Date Filed (f) or Converted (c): | 07/13/2011 (f) |
| For the Period Ending: | 5/5/2014 | §341(a) Meeting Date: | 08/17/2011 |
| | | Claims Bar Date: | 03/15/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Real Property | $800,000.00 | $0.00 | | $10,910.80 | FA |
| Asset Notes: | condominium 800 E. Charleston Road, #22 Palo Alto, CA 94303 Trustee's Gross Value per Zillow.com. Overencumbered--1st TD with BofA for approx. $600k, 2nd TD with WFB for approx. $81K and 3rd TD with Fry's for approx. $10mm. HOA conducted foreclosure sale in May 2012 without obtaining relief from stay. David Mackin is the buyer and was collecting rents of $4000/month. Turns out that BofA did not have a security interest in the rents. Mackin provided accounting and turned over net rents of $4,910.80. Property is now vacant. Estate to assign rights in property to HOA for $6,000. Mackin & HOA to release claims against the estate. $6K received on 1/8/2014. | | | | | |
| 2 | Real Property | $1,146,741.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Approx. 32 acres of bare land located at 23805 McKean Road San Jose, CA 95141-1012. Trustee's Gross Value per broker's opinion. | | | | | |
| 3 | Cash on Hand | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Cash on hand | | | | | |
| 4 | Bank Accounts | $80.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Checking Account Stanford Credit Union | | | | | |
| 5 | Household Goods/Furnishings | $5,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | miscellaneous household goods and furnishings | | | | | |
| 6 | Wearing Apparel | $5,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | miscellaneous wearing apparel | | | | | |
| 7 | Furs & Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Misc. jewelry | | | | | |
| 8 | Stock and Business Interests | $4,600,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Fry's Electronics, Inc. stock options (exercise refused by Fry's) | | | | | |
| 9 | Stock and Business Interests | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | PC International, LLC (own 95.5% interest) False company established to receive fraudulent payments from Fry's vendors. | | | | | |
| 10 | Stock and Business Interests | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | IMR, LLC (own 95.5% interest) False company established to receive fraudulent payments from Fry's vendors. | | | | | |
| 11 | Stock and Business Interests | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | San Jose Arena Football Co, LLC (own 5% interest) According to counsel for the LLC, Debtor's interest was terminated on February 15, 2009. | | | | | |
| 12 | Automobiles | $218,000.00 | $113,330.00 | | $0.00 | FA |

Case: 11-56549    Doc# 107    Filed: 05/05/14    Entered: 05/05/14 11:22:23    Page 3 of 14

| Case No.: | 11-56549-CN | Trustee Name: | Carol W. Wu |
|---|---|---|---|
| Case Name: | SIDDIQUI, AUSAF UMAR | Date Filed (f) or Converted (c): | 07/13/2011 (f) |
| For the Period Ending: | 5/5/2014 | §341(a) Meeting Date: | 08/17/2011 |
| | | Claims Bar Date: | 03/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Ferrari F360 Spyder (posted as bail in pending criminal case) Subject to Forfeiture Order by the District Court (Case No. CR 09-0018JF) | | | | | |
| **Ref. #** | | | | | |
| 13   Automobiles | $95,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 2006 Mercedes Benz CLS 55 AMG (seized by IRS) Subject to Forfeiture Order by District Court (case No. CR 09-0018JF) | | | | | |
| 14   Security Deposits | $82,000.00 | $75,000.00 | | $76,353.36 | FA |
| **Asset Notes:** Proceeds distributed from Fry's 401(K) account and posted for bail in criminal proceeding. Per U.S. District Court order dated September 21, 2012, funds were disbursed to estate. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $6,952,821.00 | $188,330.00 | $87,264.16 | $0.00 |

| Initial Projected Date Of Final Report (TFR): | 12/31/2012 | Current Projected Date Of Final Report (TFR): | 02/28/2014 | /s/ CAROL W. WU |
|---|---|---|---|---|
| | | | | CAROL W. WU |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-56549-CN | | Trustee Name: | Carol W. Wu |
|---|---|---|---|---|
| Case Name: | SIDDIQUI, AUSAF UMAR | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8585 | | Checking Acct #: | ******0157 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 7/13/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2012 | (14) | United States Treasury /U.S. District Court | | 1129-000 | $76,353.36 | | $76,353.36 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $51.53 | $76,301.83 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $118.87 | $76,182.96 |
| 12/24/2012 | 101 | Wendel Rosen Black & Dean | 1st Interim Fees per Order dated 12/21/2012 | 3210-000 | | $36,894.50 | $39,288.46 |
| 12/24/2012 | 102 | Wendel Rosen Black & Dean | 1st Interim Fee reimbursement per Order dated 12/21/2012 | 3220-000 | | $355.50 | $38,932.96 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.95 | $38,818.01 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.73 | $38,755.28 |
| 03/04/2013 | 103 | International Sureties, LTD | Bond #016048574, Term 1/1/2013 to 1/1/2014 | 2300-000 | | $41.48 | $38,713.80 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.53 | $38,657.27 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.44 | $38,594.83 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.30 | $38,534.53 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.18 | $38,472.35 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.08 | $38,412.27 |
| 07/02/2013 | 104 | Wendel Rosen Black & Dean | Second and final fees per order entered 6/25/2013 | 3210-000 | | $13,635.00 | $24,777.27 |
| 07/02/2013 | 105 | Wendel Rosen Black & Dean | Final expense reimbursement per Order entered 6/25/2013 | 3220-000 | | $353.87 | $24,423.40 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.50 | $24,378.90 |
| 08/30/2013 | (1) | David R. Mackin | Rent collected after July 17, 2013 (the date of the Court Judgment re: the Sheriff's Deed) | 1122-000 | $4,910.80 | | $29,289.70 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.34 | $29,250.36 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.87 | $29,205.49 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $47.12 | $29,158.37 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.53 | $29,112.84 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.97 | $29,065.87 |
| 01/09/2014 | (1) | 800 Charleston Road HOA | Per Order re: Compromise and assignment of rights to HOA. Order entered 12/18/2013 [Doc no. 104] | 1122-000 | $6,000.00 | | $35,065.87 |
| 01/15/2014 | 106 | International Sureties, LTD | Bond Payment | 2300-000 | | $101.72 | $34,964.15 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.73 | $34,911.42 |
| | | | | SUBTOTALS | $87,264.16 | $52,352.74 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit B

| Case No. | 11-56549-CN | Trustee Name: | Carol W. Wu |
| --- | --- | --- | --- |
| Case Name: | SIDDIQUI, AUSAF UMAR | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8585 | Checking Acct #: | ******0157 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 7/13/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $87,264.16 | $52,352.74 | $34,911.42 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $87,264.16 | $52,352.74 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $87,264.16 | $52,352.74 | |

**For the period of 7/13/2011 to 5/5/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $87,264.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $87,264.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $52,352.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,352.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/14/2012 to 5/5/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $87,264.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $87,264.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $52,352.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,352.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-56549-CN | | Trustee Name: | Carol W. Wu |
| --- | --- | --- | --- | --- |
| Case Name: | SIDDIQUI, AUSAF UMAR | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8585 | | Checking Acct #: | ******0157 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 7/13/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $87,264.16 | $52,352.74 | $34,911.42 |

**For the period of 7/13/2011 to 5/5/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $87,264.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $87,264.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $52,352.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,352.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/13/2011 to 5/5/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $87,264.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $87,264.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $52,352.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,352.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CAROL W. WU

CAROL W. WU

| Case No. | 11-56549-CN | | Trustee Name: | Carol W. Wu |
|---|---|---|---|---|
| Case Name: | SIDDIQUI, AUSAF UMAR | | Date: | 5/5/2014 |
| Claims Bar Date: | 03/15/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CAROL W. WU<br><br>25A Crescent Drive #413<br>Pleasant Hill CA 94523 | 10/12/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,613.21 | $7,613.21 | $0.00 | $0.00 | $0.00 | $7,613.21 |
| | CAROL W. WU<br><br>25A Crescent Drive #413<br>Pleasant Hill CA 94523 | 10/12/2011 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 6S | FRANCHISE TAX BOARD<br><br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento CA 95812-2952 | 02/24/2012 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $15,506,892.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Collateral not liquidated by trustee. | | | | | | | | | | | |
| 10S | FRY'S ELECTRONICS, INC.<br><br>Corporate Office<br>600 E Brokaw Road<br>San Jose CA 95112 | 03/15/2012 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Claimant waived its rights to receive funds from the distribution per compromise approved 5/20/13. | | | | | | | | | | | |
| | KOKJER PIEROTTI MAIOCCO & DUCK | 01/28/2014 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $107.07 | $107.07 | $0.00 | $0.00 | $0.00 | $107.07 |
| | KOKJER PIEROTTI MAIOCCO & DUCK | 01/28/2014 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,768.00 | $1,768.00 | $0.00 | $0.00 | $0.00 | $1,768.00 |
| | WENDEL ROSEN BLACK & DEAN | 12/24/2012 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $995.83 | $995.83 | $709.37 | $0.00 | $0.00 | $286.46 |
| | WENDEL ROSEN BLACK & DEAN | 12/24/2012 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $61,027.00 | $61,027.00 | $50,529.50 | $0.00 | $0.00 | $10,497.50 |
| | INTERNATIONAL SURETIES, LTD | 02/25/2014 | Bond Payments | Allowed | 2300-000 | $0.00 | $143.20 | $143.20 | $143.20 | $0.00 | $0.00 | $0.00 |

| Case No. | 11-56549-CN | | | Trustee Name: | Carol W. Wu |
| Case Name: | SIDDIQUI, AUSAF UMAR | | | Date: | 5/5/2014 |
| Claims Bar Date: | 03/15/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6P | FRANCHISE TAX BOARD<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento CA 95812-2952 | 02/24/2012 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $4,896.14 | $4,896.14 | $0.00 | $0.00 | $0.00 | $4,896.14 |
| 7P | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 03/06/2012 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $17,819,160.48 | $17,819,160.48 | $0.00 | $0.00 | $0.00 | 17,819,160.48 |
| 1 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 19850-5145 | 01/02/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $46,177.94 | $46,177.94 | $0.00 | $0.00 | $0.00 | $46,177.94 |
| 2 | FIESTA PALMS, LLC<br>&#037; Robert G. Aisenstein, Esq.<br>2114 Fountain Springs Drive<br>Henderson NV 89074 | 01/05/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,663,189.86 | $2,663,189.86 | $0.00 | $0.00 | $0.00 | $2,663,189.86 |
| 3 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 01/12/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,999.03 | $9,999.03 | $0.00 | $0.00 | $0.00 | $9,999.03 |
| 4 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 45201-5229 | 02/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,253.13 | $5,253.13 | $0.00 | $0.00 | $0.00 | $5,253.13 |

**Claim Notes:**   (4-1) money loaned / 5653

| Case No. | 11-56549-CN | | Trustee Name: | Carol W. Wu |
|---|---|---|---|---|
| Case Name: | SIDDIQUI, AUSAF UMAR | | Date: | 5/5/2014 |
| Claims Bar Date: | 03/15/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | US BANK N.A.<br><br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 45201-5229 | 02/15/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,258.00 | $1,258.00 | $0.00 | $0.00 | $0.00 | $1,258.00 |
| **Claim Notes:** | (5-1) loc5563 | | | | | | | | | | | |
| 6U | FRANCHISE TAX BOARD<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento CA 95812-2952 | 02/24/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $281,545.05 | $281,545.05 | $0.00 | $0.00 | $0.00 | $281,545.05 |
| 7U | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 03/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $55,715,757.59 | $55,715,757.59 | $0.00 | $0.00 | $0.00 | 55,715,757.59 |
| 8 | PHOEBE MICRO INC.<br><br>Jon R. Robertson, APC<br>Robertson + Thommarson, LLP<br>2 Park Plaza Suite 730<br>Irvine CA 92614 | 03/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $34,698,266.31 | $34,698,266.31 | $0.00 | $0.00 | $0.00 | 34,698,266.31 |
| 9 | LES AMBASSADEURS CASINO<br>5 Hamilton Place<br>London, W1J7ED, England | 03/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,000,000.00 | $3,000,000.00 | $0.00 | $0.00 | $0.00 | $3,000,000.00 |
| 10U | FRY'S ELECTRONICS, INC.<br>Corporate Office<br>600 E Brokaw Road<br>San Jose CA 95112 | 03/15/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | 102,065,241.16 | 102,065,241.16 | $0.00 | $0.00 | $0.00 | 02,065,241.16 |
| | | | | | | 233,889,326.65 | 216,382,434.00 | $51,382.07 | $0.00 | $0.00 | 16,331,051.93 | |

| | | |
|---|---|---|
| **Case No.** | 11-56549-CN | **Trustee Name:** Carol W. Wu |
| **Case Name:** | SIDDIQUI, AUSAF UMAR | **Date:** 5/5/2014 |
| **Claims Bar Date:** | 03/15/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $107.07 | $107.07 | $0.00 | $0.00 | $0.00 | $107.07 |
| Accountant for Trustee Fees (Other Firm) | $1,768.00 | $1,768.00 | $0.00 | $0.00 | $0.00 | $1,768.00 |
| Attorney for Trustee Expenses (Other Firm) | $995.83 | $995.83 | $709.37 | $0.00 | $0.00 | $286.46 |
| Attorney for Trustee Fees (Other Firm) | $61,027.00 | $61,027.00 | $50,529.50 | $0.00 | $0.00 | $10,497.50 |
| Bond Payments | $143.20 | $143.20 | $143.20 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $17,824,056.62 | $17,824,056.62 | $0.00 | $0.00 | $0.00 | $17,824,056.62 |
| General Unsecured § 726(a)(2) | $198,486,688.07 | $198,486,688.07 | $0.00 | $0.00 | $0.00 | $198,486,688.07 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $17,506,892.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $7,613.21 | $7,613.21 | $0.00 | $0.00 | $0.00 | $7,613.21 |
| Trustee Expenses | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 11-56549-CN
Case Name: AUSAF UMAR SIDDIQUI
Trustee Name: Carol W. Wu

Balance on hand: $34,911.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6S | Franchise Tax Board | $15,506,892.65 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $34,911.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Carol W. Wu, Trustee Fees | $7,613.21 | $0.00 | $7,613.21 |
| Carol W. Wu, Trustee Expenses | $35.00 | $0.00 | $35.00 |
| Wendel Rosen Black & Dean, Attorney for Trustee Fees | $61,027.00 | $50,529.50 | $10,497.50 |
| Wendel Rosen Black & Dean, Attorney for Trustee Expenses | $995.83 | $709.37 | $286.46 |
| Kokjer Pierotti Maiocco & Duck, Accountant for Trustee Fees | $1,768.00 | $0.00 | $1,768.00 |
| Kokjer Pierotti Maiocco & Duck , Accountant for Trustee Expenses | $107.07 | $0.00 | $107.07 |

Total to be paid for chapter 7 administrative expenses: $20,307.24
Remaining balance: $14,604.18

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00

UST Form 101-7-TFR (5/1/2011)

|  | Remaining balance: | $14,604.18 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,824,056.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6P | Franchise Tax Board | $4,896.14 | $0.00 | $4.02 |
| 7P | Internal Revenue Service | $17,819,160.48 | $0.00 | $14,600.16 |

|  | Total to be paid to priority claims: | $14,604.18 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $198,486,688.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $46,177.94 | $0.00 | $0.00 |
| 2 | Fiesta Palms, LLC | $2,663,189.86 | $0.00 | $0.00 |
| 3 | American Express Centurion Bank | $9,999.03 | $0.00 | $0.00 |
| 4 | US BANK N.A. | $5,253.13 | $0.00 | $0.00 |
| 5 | US BANK N.A. | $1,258.00 | $0.00 | $0.00 |
| 6U | Franchise Tax Board | $281,545.05 | $0.00 | $0.00 |
| 7U | Internal Revenue Service | $55,715,757.59 | $0.00 | $0.00 |
| 8 | Phoebe Micro Inc. | $34,698,266.31 | $0.00 | $0.00 |
| 9 | Les Ambassadeurs Casino | $3,000,000.00 | $0.00 | $0.00 |
| 10U | Fry's Electronics, Inc. | $102,065,241.16 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |